UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN SANDERS<br>    PLAINTIFF<br>    V.<br><br>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE<br>    DEFENDANT | CASE NO: 4:25-CV-5945 |

DECLARATION OF PLAINTIFF'S COUNSEL, AMY BETH CLARK RE: SERVICE ON DEFENDANT

1. My name is Amy Beth Clark and I am counsel of record for Plaintiff Kevin Sanders in this action. I have personal knowledge of the following:

2. Since the filing of this suit, Plaintiff (through our office, Ciment Law Firm) has been attempting service on Defendant.

3. On August 11, 2025, I sent a Pre-Suit Notice of Claims to Defendant Kacal's Oil & Gas Co, dba Kacal's Auto & Truck Service at their garage address on Old Spanish Trail in Houston as well as to their registered agent.

4. I was contacted by the insurance company for Defendant and continued to communicate with two adjusters there, one for bodily injury and one for the economic claims. However, no settlement was achieved.

5. The insurance company did not accept service for Defendant.

6. Plaintiff's complaint was filed on December 10, 2025 and a summons issues shortly thereafter.

7. Plaintiff's process service attempted service on William Kacal at 2112 Inwood Drive, Houston, Texas 77019 on December 20, December 24, December 29 and December

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Declaration of Amy Clark re: service

1 of 3

31, 2025 but was unable to serve the individual who had been identified as William Kacal. She spoke to his wife, but the wife did not accept service. *See Declaration in Support of Substitute Service*, attached hereto as and signed by process server.

8. While Plaintiff contemplated filing a motion for substitute service, instead Plaintiff rehired the process server to attempt service upon management at the garage on Old Spanish Trail.

9. Unfortunately, this request was accidentally left incomplete by the process server (potentially as the Declaration of inability to serve had already been drafted and provided.) Plaintiff discovered this only this week when Counsel contacted the process server on March 9, 2026 to inquire why there was no declaration of service or non-service.

10. Plaintiff requests another 30 days to continue attempting service so that the process server may make attempts at the garage, which is still in business and should often have a manager present.

11. If service at Old Spanish Trial is ineffective, Plaintiff will file a motion for substitute service as soon as the Declaration describing attempts to serve Defendant has been provided, which should be in 5-10 days from today, March 10, 2026.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2026 in Hays County, Texas.

*[signature]*

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Declaration of Amy Clark re: service

2 of 3

Attorney for Plaintiff, Kevin Sanders

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Declaration of Amy Clark re: service

3 of 3

IN THE UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KEVIN SANDERS** | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | **CAUSE NO. 4:25-cv-5945** |
| | § | |
| **KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE** | § | |
| Defendant. | § | |

## DECLARATION IN SUPPORT OF SUBSTITUTE SERVICE

"The following came to hand on December 16, 2025 at 2:57 pm,

**SUMMONS IN A CIVIL ACTION; COMPLAINT,**

For delivery to **KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE C/O WILLIAM KACAL**

1) Unsuccessful Attempt: Dec 20, 2025, 8:43 am CST at 2112 INWOOD DRIVE, HOUSTON, TX 77019

The property is gated. I rang the doorbell and the gate opened. An elderly Caucasian, female answered the door. She stated that William Kacal was home but he was still in bed. I left my contact information with her to give to him so we could arrange for service.

2) Unsuccessful Attempt: Dec 24, 2025, 8:00 pm CST at 2112 INWOOD DRIVE, HOUSTON, TX 77019

I rang the bell and received no response. The gate did not open. I was unable to access the property. There is a car in the driveway but it is backed in and has no front license plate so I am unable to get the license plate number.

3) Unsuccessful Attempt: Dec 29, 2025, 12:51 pm CST at 2112 INWOOD DRIVE, HOUSTON, TX 77019

There is a car in the driveway with TX LP: MBV7462. I rang the doorbell and received no response. The gate did not swing open nor did anyone come outside/open the front door. I left my contact information on the gate.

4) Unsuccessful Attempt: Dec 31, 2025, 9:04 am CST at 2112 INWOOD DRIVE, HOUSTON, TX 77019

There were no cars present. My contact information has been removed. No lights and no activity. I rang the doorbell by the gate and received no response and the gate did not open. I went next door and received no response.

I have made diligent efforts to deliver said papers to **KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE C/O WILLIAM KACAL**. I have made numerous attempts at their residence address as described above and have posted my information to the front door of their residence. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the Citation, with Plaintiff's Original Petition attached, with tape to the front door of **KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE C/O WILLIAM KACAL**'s residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this declaration. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been

convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Alexandra Tedder**, I am at least 18 years old, and my address is **9227 ILONA LN, HOUSTON, TX 77025**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **TX**, on **January 6, 2026.**

*Alexandra Tedder*

---
**Alexandra Tedder**
Certification Number: PSC#20172
Certification Expiration: 9/30/27

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Kevin Sanders <br><br> *Plaintiff(s)* <br><br> v. <br><br> KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-5945 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE
c/o
William Kacal
2112 Inwood Drive
Houston, Texas 77019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: December 12, 2025

*s/ Sumyya Wright*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-5945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset