**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kevin Sanders | § § § | |
| *versus* | § § | Civil Action 4:25−cv−05945 |
| Kacal's Oil & Gas Co. | § § § | |

# Notice of Reassignment

     This case is reassigned to the docket of United States District Judge Nicholas J Ganjei pursant to Special Order No. 2026−1 Establishing the Houston Division Docket of Judge Nicholas J. Ganjei.

     Deadlines in scheduling orders remain in effect.

     Any court settings scheduled before the former District Judge are canceled. The court will issue further orders regarding future settings, as needed.

Date: March 12, 2026

Nathan Ochsner, Clerk