AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Kevin Sanders <br><br> *Plaintiff(s)* <br> v. <br> KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-5945 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE
c/o
William Kacal
2112 Inwood Drive
Houston, Texas 77019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: December 12, 2025

s/ Sumyya Wright
Signature of Clerk or Deputy Clerk

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

SERVICE RETURN ATTACHED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-5945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX  78703**

**SERVICE RETURN ATTACHED**

[ Print ]   [ Save As... ]                                    [ Reset ]

Civil Action No. 4:25-cv-5945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE BY SERVINGS ITS MANAGER</u> was received by me on *(date)* <u>MARCH 10, 2026 CDT</u>.

☐ I personally served the summons on the manager at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>DERRICK HALFAN</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE</u> on *(date)* <u>Tue, Mar 10 2026</u>; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/12/2026

*Server's signature*: Ulonda Howard

Ulonda Howard
PSC - 28032 Exp 1/31/2028

*Printed name and title*

3010 OAKDALE ST APT 5, HOUSTON, TX 77004

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 10, 2026, 3:46 pm CDT at KACAL'S OIL & GAS CO: 5030 OLD SPANISH TRAIL, HOUSTON, TX 77021 received by KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE BY SERVINGS ITS MANAGER. Age: 65; Gender: Male; Weight: 220; Height: 6'8"; Hair: Gray; Eyes: Hazel;
Direct to Derrick Halfan

## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
Southern District of Texas

Case Number: 4:25-CV-05945

Plaintiff:
**Kevin Sanders**

vs.

Defendant:
**Kacal's Oil & Gas Co. DBA Kacal's Auto & Truck Service**

For:
Ciment Law Firm, PLLC
221 Bella Katy Dr
Katy, TX 77494

Received by Justin Rogers on the 10th day of March, 2026 at 2:43 pm to be served on **Kacal's Oil & Gas Co. DBA Kacal's Auto & Truck Service by serving its Manager, 5030 Old Spanish Trl, Houston, Harris County, TX 77021**.

I, Justin Rogers, being duly sworn, depose and say that on the **10th day of March, 2026** at **5:00 pm, I:**

**SERVICE BY USPS FIRST CLASS MAIL** by mailing a true copy of the **Summons in a Civil Action with Complaint** with the date of mailing endorsed thereon by me, to: **Kacal's Oil & Gas Co. DBA Kacal's Auto & Truck Service by serving its Manager** at the address of: **5030 Old Spanish Trl, Houston, Harris County, TX 77021**.

**Additional Information pertaining to this Service:**
3/10/2026  5:00 pm  The documents were mailed USPS First Class Mail.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 11
day of March, 2026 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
May 6, 2028

_____
**Justin Rogers**
PSC-20023, Exp. 06/30/2027

3/11/26
Date

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2026000951
Ref: Kevin Sanders v Kacals



PITNEY BOWES
$2.44⁰
US POSTAGE
FIRST-CLASS
028W0002311084
2000284571
ZIP 78701
MAR 10 2026

ocess, LLC
it 6th Street
, TX 78703

Kacal's Oil & Gas Co. DBA Kacal's Auto & Truck Service
c/o Manager
5030 Old Spanish Trl
Houston, TX 77021