UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KEVIN SANDERS
  *PLAINTIFF*

  V.

KACAL'S OIL & GAS CO. DBA KACAL'S AUTO &
TRUCK SERVICE
  *DEFENDANT*

CASE NO: 4:25-CV-5945

JUDGE NICHOLAS J. GANJEI

JOINT DISCOVERY AND CASE MANAGEMENT PLAN

1. **Rule 26(f) meeting.** The 26(f) meeting has not yet occurred as Defendant was served on March 10, 2026 and has not yet responded nor contacted Plaintiff's counsel. Defendant's response is due on March 31, 2026, the day before the initial status conference.

2. **Jurisdiction.**
    a. **Basis –** This Court has subject matter jurisdiction over this action pursuant to 28 USCS § 1332, because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.
    b. **Diversity** – there is currently no conflict on the amount due to Defendant having not yet responded to this suit. Plaintiff is an individual living in California and Defendant is a Domestic for-profit corporation incorporated under the Texas Business Corporation Act in 1982.

3. **Case background**
    a. **General description** – Defendant business claimed they had experience and expertise to repair Plaintiff's RV and instead caused more damage

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Joint Discovery and Case Management Plan

1 of 4

then was repaired and the vehicle was never capable of being driven again nor did Defendant even offer for Plaintiff to be able to pick up his vehicle until after the case was filed.

b. **Related cases.** None

c. **Narrowing factual issues.**  None yet.

d. **Narrowing legal issues.**  Will require discussion with Defense counsel should Defendant respond to the suit.

e. **Class issues.**  None.

4. **Parties.**

a. **Unserved parties**  None.

b. **Additional parties.**  None anticipated by Plaintiff.

c. **Interventions**.  None anticipated by Plaintiff.

d. **Interested persons**.  Defendant has not yet filed.  Plaintiff is an individual, there are no interested persons for Plaintiff and his law firm.

5. **Discovery**

a. **Initial disclosures.**  Not completed.  Will be completed and exchanged 30 dates after Defendant responds to the suit.

b. **Topics.**  For Plaintiff – Policies and procedures, hiring practices, and any other complaints on the work done by mechanics who worked on his RV.  Additionally – where the RV was stored after he left it at Defendant's facility, who has worked on it since and how many hours, current status of RV.

c. **Completed**.  None.

d. **Limitations**.  None.

e. **Preservation**.  Unknown at this point but the physical evidence that is the RV and any parts that were removed should have been preserved. Plaintiff did send a preservation of evidence letter.

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Joint Discovery and Case Management Plan

2 of 4

     f. **Disputes**. None currently.

6. **Orders.**

     a. **Scheduling and docket control order.** Parties may request a change to the order depending on Defendant's response or lack of.

     b. **Protective order.** None currently required by Plaintiff.

     c. **E-discovery order.** Unlikely to be necessary.

7. **Settlement.** Plaintiff will be exploring settlement once Defendant responds to the suit. Mediation relatively early may be sensible as both parties have a common knowledge of the vehicle's repair attempts and conditions up until fall 2024 when Plaintiff left Houston.

8. **Trial.**

     a. **Magistrate judge.** Plaintiff would agree to trial with magistrate judge; unknown as to Defendant.

     b. **Jury Demand.** Plaintiff has demanded jury and demand was timely.

     c. **Length of trial.** Will need to confer with Defendant on issues that can be agreed upon before stating time for trial.

9. **Pending Motions.** None.

10. **Other matters.** If Defendant fails to respond by the deadline, Plaintiff will be requesting that the clerk of the court find a default has occurred and following that, Plaintiff will file a motion for default judgment.

Respectfully Submitted,

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Joint Discovery and Case Management Plan

Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Kevin Sanders

Kevin Sanders vs. Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service – Joint Discovery and Case Management Plan

4 of 4