UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN SANDERS<br>*PLAINTIFF*<br>*V.*<br><br>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE<br>*DEFENDANT* | CASE NO: 4:25-CV-5945 |

AGREED MOTION TO CONTINUE DOCKET CALL AND PRECEDING DEADLINES

Plaintiff Kevin Sanders and Defendant Kacal's Oil & Gas Co. dba Kacal's Auto & Truck Service by and through their attorneys of record, file this Agreed Motion to Continue Docket Call and Preceding Deadlines and in support thereof respectfully show the Court as follows:

I. Introduction

1. The parties jointly request a four-month continuance of the following deadlines currently set in the Court's Docket Control Order: (1) Experts (other than attorney's fees); (2) Completion of Discovery; (3) Mediation or Settlement Conference before the Magistrate Judge; (4) Deadline for Joint Pretrial Order and Motions in Limine; and (5) Docket Call.
2. Good cause exists for this continuance, and it is not sought for purposes of delay but so that justice may be served.

II. Background and Good Cause

3. This case was initially assigned to Hon. Charles Eskridge. Due to difficulty and delay in serving Defendant, the scheduling order

documents were created by Plaintiff's counsel alone and no scheduling conference was held. As a result, the Docket Control Order entered in this case reflects scheduling input from Plaintiff alone and was not the product of full participation by both Parties.

4. The case has since been reassigned to the Honorable Hector Ganjei. Because of the reassignment, the previously set Docket Call date has been wiped from the Court's calendar. To the Parties' knowledge, no Docket Call is presently set in this matter. Accordingly, establishing a new Docket Call date approximately four months from September 22, 2026—placing it on or about January 22, 2027—will not disrupt the Court's existing calendar.

5. A four-month extension will provide the Parties with a meaningful opportunity to mediate this case or to participate in a settlement conference before the Magistrate Judge, as currently required by the Docket Control Order. The Parties believe that additional time to prepare for and conduct ADR proceedings could result in resolution of this matter without trial.

6. Plaintiff's lead counsel is leaving Ciment Law Firm and will no longer be available to represent Plaintiff in this matter. No other attorney at Ciment Law Firm is acquainted with the facts of this case. Additional time is therefore necessary for new counsel to assume responsibility for Plaintiff's representation and to become adequately familiar with the record, the facts, and the procedural posture of this case before any of the remaining deadlines occur.

7. Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order may be modified upon a showing of good cause and with the judge's consent. The good cause standard focuses on the diligence of the party seeking the modification and the reasons for the requested change.

8. The Parties respectfully submit that the circumstances set forth above—initial service difficulties limiting early participation in scheduling, the judicial reassignment that eliminated the Docket Call date, the parties' interest in pursuing settlement through

ADR, and the departure of Plaintiff's lead counsel with exclusive knowledge of the facts—collectively constitute good cause under Rule 16(b)(4) to modify the existing Docket Control Order. The Parties further note that the purposes of pretrial scheduling under Rule 16(a) include facilitating settlement and improving the quality of trial preparation, both of which are served by the requested continuance.

9. For the foregoing reasons, the Parties respectfully request that the Court grant this Agreed Motion and enter the proposed Amended Docket Control Order which reflects each of the five subject deadlines extended by four months.

Respectfully submitted,

Amy Beth Clark,
TX Bar No. 24043761
Ciment Law Firm, PLLC
221 Bella Katy, Dr. Katy, Texas 77494
Ph: 210.294.9273
Email: amy@cimentlawfirm.com
eService: cpfiling@cimentlawfirm.com
ATTORNEY FOR PLAINTIFF

/s/ signed with perm. – A Balderrama

AGUEDA A. BALDERRAMA
State Bar No. 24114685
PAUL GARCIA
State Bar No. 00798199
PAUL GARCIA & ASSOCIATES
6243 W IH-10, Suite 808
San Antonio, Texas 78201
T: (210) 340-1818; F: (210) 340-4073

E: service@pgtxlaw.com
pgarcia@pgtxlaw.com
abalderrama@pgtxlaw.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules of the United States District Court for the Southern District of Texas, counsel for Plaintiff and counsel for Defendant have conferred regarding the relief requested in this Motion. The Motion is agreed.

AMY BETH CLARK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Initial Disclosures was delivered via email to interested parties attached on this the 11th day of September, 2026.

AGUEDA A. BALDERRAMA
State Bar No. 24114685
PAUL GARCIA
State Bar No. 00798199
COUNSEL FOR DEFENDANT

PAUL GARCIA & ASSOCIATES
6243 W IH-10, Suite 808
San Antonio, Texas 78201

T: (210) 340-1818; F: (210) 340-4073
E: service@pgtxlaw.com
pgarcia@pgtxlaw.com
abalderrama@pgtxlaw.com

Amy Beth Clark

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN SANDERS<br>*PLAINTIFF*<br>*V.*<br><br>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE<br>*DEFENDANT* | CASE NO: 4:25-CV-5945 |

PROPOSED AMENDED DOCKET CONTROL ORDER

The Court, having considered the Parties' Agreed Motion to Continue Docket Call and Preceding Deadlines, and finding good cause therefore, hereby enters the following Amended Docket Control Order:

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Experts (other than attorney's fees) Plaintiff | 6/2/2026, 6/17/2026 | 10/2/2026 |
| Experts (other than attorney fees) Defendant | 6/17/2026 | 11/1/2026 |
| Completion of Discovery | 7/17/2026 | 11/17/2027 |
| Mediation or Settlement Conference before the Magistrate Judge | 8/4/2026 | 12/4/2026 |
| Deadline for Joint Pretrial Order and Motions in Limine | 8/19/2026 | 12/19/2026 |
| Docket Call | Initially set at 9/22/2026 but taken Off calendar | On or about January 22, 2027 |

All other deadlines, settings, and provisions of the prior Docket Control Order not expressly modified herein shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this _______ day of ___________________, 2026.

_____________________________________

Hon. Hector Ganjei
United States District Judge
Southern District of Texas