UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN SANDERS<br>*PLAINTIFF*<br>*V.*<br><br>KACAL'S OIL & GAS CO. DBA KACAL'S AUTO & TRUCK SERVICE<br>*DEFENDANT* | CASE NO: 4:25-CV-5945 |

PROPOSED AMENDED DOCKET CONTROL ORDER

The Court, having considered the Parties' Agreed Motion to Continue Docket Call and Preceding Deadlines, and finding good cause therefore, hereby enters the following Amended Docket Control Order:

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Experts (other than attorney's fees) Plaintiff | 6/2/2026, 6/17/2026 | 10/2/2026 |
| Experts (other than attorney fees) Defendant | 6/17/2026 | 11/1/2026 |
| Completion of Discovery | 7/17/2026 | 11/17/2027 |
| Mediation or Settlement Conference before the Magistrate Judge | 8/4/2026 | 12/4/2026 |
| Deadline for Joint Pretrial Order and Motions in Limine | 8/19/2026 | 12/19/2026 |
| Docket Call | Initially set at 9/22/2026 but taken Off calendar | On or about January 22, 2027 |

All other deadlines, settings, and provisions of the prior Docket Control Order not expressly modified herein shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this _______ day of ___________________, 2026.

_____________________________________
Hon. Hector Ganjei
United States District Judge
Southern District of Texas